## JAIME SANTIAGO *v.* COMMISSIONER OF CORRECTION

The petitioner Jaime Santiago's petition for certification for appeal from the Appellate Court, 90 Conn. App. 420 (AC 25298), is denied.

*Charles F. Willson*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* EUGENE WALKER

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 737 (AC 25395), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Erik T. Lohr*, deputy assistant state's attorney, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* EDWIN A.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 380 (AC 25397), is denied.

*Joseph Visone*, special public defender, in support of the petition.

Decided September 20, 2005